UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:20-cv-06236 JLS (MAA)                                                        Date:  November 1, 2021

Title   Bryan Perez v. Kilolo Kijakazi (substituted as the Defendant pursuant to Federal Rule of Civil Procedure 25(d))

Present:   The Honorable Maria A. Audero, United States Magistrate Judge

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE**

On July 14, 2020, Plaintiff Bryan Perez initiated this action for review of a final decision of the Commissioner of Social Security denying an application for disability benefits ("Complaint"). (ECF No. 1.)  On July 16, 2020, this Court granted Plaintiff's request to proceed *in forma pauperis*. (ECF No. 5.)  Also on July 16, 2020, the Court issued the Initial Case Management Order in the matter ("CMO").  (CMO, ECF No. 6.)  The CMO advised Plaintiff that, pursuant to Order of the Chief Judge No. 20-74, the case was stayed.  (CMO 1–2.)  The CMO explained that, despite the stay, Plaintiff could serve the government with the summons and complaint.  (*Id.*)  It also explained that the stay would remain in place until the Commissioner of Social Security either (a) filed a proof of service showing service of the Certified Administrative Record ("CAR") on Plaintiff; or (b) filed the CAR directly with the District Court.  (*Id.* at 2.)   A summons issued on August 4, 2020.

On April 15, 2021, the stay was lifted pursuant to Order of the Chief Judge No. 21-37.  To date, Plaintiff has not filed a proof of service indicating that he served the government with the summons and complaint.

On this basis, the Court **ORDERS** Mr. Perez to show cause **by no later than December 1, 2021** why this action should not be dismissed without prejudice for his failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).

Alternatively, Plaintiff may voluntarily dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  The Clerk is directed to attach Form CV-09 (Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c)) to this Order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:20-cv-06236 JLS (MAA)                                                        Date:  November 1, 2021

Title   Bryan Perez v. Kilolo Kijakazi (substituted as the Defendant pursuant to Federal
Rule of Civil Procedure 25(d))

**Plaintiff is expressly cautioned that failure to comply with this Order may result in a dismissal of the Complaint without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).**

It is so ordered.

Attachment:
Form CV-09 (Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c))

                                                                                                              :
                                                                        Initials of Preparer       JM