UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **2:20-cv-06236-JLS (MAA)**                                                   Date: **January 13, 2022**

Title    **Bryan Perez v. Kilolo Kijakazi (defendant substituted per Fed. R. Civ. P. 25(d))**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**    Order to Show Cause Re: Dismissal for Lack of Prosecution

    On July 16, 2020, the Court issued an Initial Case Management Order Regarding Proceedings in Social Security Appeals with a Pro Se Litigant ("Order").  (Order, ECF No. 6.)  The Order explained that the action was stayed, but that Plaintiff could serve the summons and Complaint.  (*Id*. § I.)  The Order also explained that the stay would remain in place until the Commissioner of Social Security either (a) filed a proof of service showing service of the Certified Administrative Record ("CAR") on Plaintiff; or (b) filed the CAR directly with the District Court.  (*Id*.)  Thereafter, case deadlines would proceed pursuant to the Order.  (*Id*.)  A summons issued on August 4, 2020.  (ECF No. 7.)

    On April 15, 2021, the stay was lifted pursuant to Order of the Chief Judge No. 21-37.

    Once the stay was lifted, pursuant to the Order, Plaintiff had thirty days to file a proof of service of the summons and Complaint.  (*See* Order § IV.)  To date, Plaintiff has not filed the required proof of service.

    On November 1, 2021, the Court ordered Plaintiff to show cause by no later than December 1, 2021 why this action should not be dismissed without prejudice for his failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).  (ECF No. 9.)

    The Court will give Plaintiff another opportunity to file a proof of service of the summons and Complaint.  Plaintiff is **ORDERED TO SHOW CAUSE** by **February 14, 2022** why the Court should not recommend that the lawsuit be dismissed for failure to prosecute and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **2:20-cv-06236-JLS (MAA)**                               Date: **January 13, 2022**

Title       **Bryan Perez v. Kilolo Kijakazi (defendant substituted per Fed. R. Civ. P. 25(d))**

comply with a Court order.  If Plaintiff files a proof of service on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is cautioned that failure to respond to this Order may result in dismissal of the Complaint without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).**  *See* **C.D. Cal. L.R. 41-1.**

It is so ordered.