JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN PEREZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI,[1]<br><br>　　　　　Defendant. | Case No. 2:20-cv-06236-JLS (MAA)<br><br>**JUDGMENT** |

　　　Pursuant to the Order of Dismissal filed herewith,

　　　IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: March 14, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] The Defendant is substituted pursuant to Federal Rule of Civil Procedure 25(d).